# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 19  PM 3: 25

CLERK

BY_____
DEPUTY CLERK

JENNIFER LEE, as the mother and natural guardian
of A.R.L., an infant under the age of eighteen, and
JENNIFER LEE, individually,

                                    Plaintiffs,

– against –

MAKSIM KEALEY,

                                    Defendant.

Case No. 2:24-cv-00860

## ORDER APPROVING STIPULATION

Pursuant to the foregoing Stipulation;

IT IS HEREBY ORDERED that the above-captioned title and record of cause of action is hereby

amended to reflect the caption per the Stipulation attached.

**APPROVED and SO ORDERED:**

_____
U.S. District/Magistrate Judge

Date: 8/19/25